EX PARTE                          ✻        IN RE: TO: F82-902-
Ismael. H, Padilla                ✻        56 And F83-88766.
     Petitioner.                  ✻        IN The 203Rd Judi-
                                  ✻        cial district court
                                  ✻        Of Dallas county, Da-
                                  ✻        llas, Texas.

RECEIVED IN
COURT OF CRIMINAL APPEALS

              VS.                 ✻

The State of Texas.               ✻        DEC 28 2015
     Respondent.                  ✻        The State Of Texas.

                          I       Abel Acosta, Clerk

" Motion of Request That The; Texas Supreme court
obtain, Review And Rule on 11.07 hebeas corpus writs,
submitted in The Trial court, stated above IN Refren-
ced And Rule To Exhaust State remedies And To Proc-
          ceed Into Federal court.

                          II

" The Petitioner submitted (2) Two; Hebeas Corpus writs
with its Brief (ves) of memoradum Of Laws, dated:
10-17th-2013 And; 6-17th-2015. "Both writs of
civil actions pertained To unLawful charging s of
medical fees And violations of U.S. constitution-
          aL Rights And Laws." The States' Trial
court As weLL As The States' Texas Appeals courts
have had Ample Time To Review And Rule on such
Actions And Refused To Accommondate such
Lawsuits. The Petitioner under his U.S. Const.

Rights and Laws; 5Th, 6Th, 8Th, 9Th, 13Th and 14Th Amendments, As well As 5Th, 6Th Amend.; Under U.S. Code Section 1981-1982, which prohibits discrimination Requests From This Texas Supreme Court To please Rule on said 11.07 hebeus Corpus writs, The State Trial court and; Texas court of appeals are "deliberated indifferenced" To The Requirement That, every criminal defendant receive adequate Representation regardless of innocence or guilT(y); please see Miranda, V. Clark Co., 319 F.3d. 465 (9Th Cir. 2003); And Article 17 of The declaration of Rights; double jeopardy clause, due process clause And, equal protection clauses And, equal protection To The Laws of The United States Constitution, As well As U.S. supremacy clause, Thank you!"

Mr. Ismael H. Padilla 356764;

"C. copy!."
12/17Th/2015:

"*VERIFICATION : DECLARATION AND (AFFIDAVIT).*"

I; Ismael. H, Padilla #356764. Do Honorably swear under penalty of perjury That an;" MOTION OF REQUEST That The; Texas Supreme court obtain review And, (Rule) on 11-07 hebeas Corpus writs submitted into Trial court stated To exhaust state remedies and To proceed into federal court. Was sent To The; Trial court of Dallas county courthouse 203rd Judicial and; Texas supreme court for The state of Texas and at! 133 N. River Front Blvd, LB.-12. Dallas, TX, 75202 And, P.O. Box 12308. Capitol Station. Austin, TX, 78711. Mailed Through The; Boyd unit and its U.S. postal service mail-Room). ON The 18th day of December /2015.

Do Honorably swear That (All) information is True and correct under Federal Law, (28 U.S. C.A. 1746), Thank you!."

Mr. Ismael. H, Padilla 356764.
200 Spur 113,
Teague, TX, 75860.                    C-Copy!."

12/17/2015:

EX PARTE
Ismael.H, Padilla
PETITIONER

VS.

The STATE of TEXAS
RESPONDENT.

\* \* \* \* \* \* \* \* \*

IN RE: To F82-907-56 AND F83-88766.
IN The 203Rd Judicial district court; Dallas, county courthouse, Dallas; Texas.

The STATE of TEXAS.

## I

The submits This his, "MOTION OF REQUEST That The, Texas court of criminal appeals obtain, Review and order The, 203 Rd Judicial district court of Dallas county To Rule on The (2) Two 11.07 hebeas corpus writs, submitted in This court on October, 30Th/2010. And or; That, The Texas appeals court will Rule on These appeals, please.

## II

The STATE has had plenty of ample Time To Rule and make an honorable decision without discrimination see, IN Re: CHRISTENSEN 39 S.W. 3d. 250 (Tex. App. Amarillo 2000); And 5Th, 6Th amend.; Under U.S. code section 1981-1982, which prohibits discrimination, Thank you!."

Mr. Ismael. Hernandez, Padilla 356764;

"c. copy!."

"Verification; Declaration and (Affidavit)."

I; Ismael. H. Padilla #356764; "Do Honorably swear That An; "Motion of Request That The; Texas court of criminal appeals obtain, Review And; Rule or order The 203rd Judicial district court To Rule on said 11.07 hebeas corpus writ or That The appeal's court Rule on such appeal on its own." Was sent To The; 203rd Judicial dist. court At: 133 N. River Front Blvd. LB-19. Dallas, Tx, 75202. And; Texas court of appeals P.O. Box 12308, Capitol Station. Austin, TX, 78711. Mailed Through The; Boyd unit and its U.S. Postal service mail room. On The 18th day of December/2015.

That (All) Do Honorably swear under penalty of perjury in Formation is True/Correct under Feder- Al Law; (28 u.s.c.A.1746), Thank you!."

Mr. Ismael H. Padilla 356764;
200 Spur 113,
Tengue; Tx, 75860.                    c. copy!."

12/17th/2015.